**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC WINSTON                                                                                              PLAINTIFF
ADC #105483

V.                            NO: 5:08CV00204 JMM/HDY

FRED EVANS *et al.*                                                                                    DEFENDANTS


ERIC WINSTON                                                                                              PLAINTIFF
ADC #105483

V.                            NO: 5:08CV00230 BSM/HDY

MARSHALL GONDER *et al.*                                                                     DEFENDANTS


ERIC WINSTON                                                                                              PLAINTIFF
ADC #105483

V.                            NO: 5:08CV00231 JMM/HDY

FRED EVANS *et al.*                                                                                    DEFENDANTS


**ORDER**

Plaintiff is represented by counsel in all of the above-styled cases, which are also all scheduled for jury trials at various times in 2011. On November 4, 2010, Plaintiff filed a motion for a settlement conference in case 5:08CV204 (docket entry #127). According to Plaintiff, he wishes for counsel in that case to pursue settlement in all three cases. Counsel for Plaintiff in the other cases have joined in the motion, which is unopposed by counsel for Defendants, who is defense

1

counsel in all the cases (docket entry #128).  Accordingly, Plaintiff's motion (docket entry #127) is GRANTED, and the Clerk is directed to randomly assign a different Magistrate Judge to conduct a settlement conference for all three cases.  The Clerk is further directed to file a copy of this order in each of the above-styled cases.

    IT IS SO ORDERED this   18    day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE