IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC WINSTON, ADC # 105483**                                                              **PLAINTIFF**

**v.**                      **CASE NO. 5:08CV00230 BSM/HDY**

**MARSHALL GONDER et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the stipulation filed by plaintiff on April 7, 2011, this case is hereby dismissed with prejudice.

Dated this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE